## MORRIS SILVERSTEIN'S APPEAL FROM PROBATE
### (9398)

O'CONNELL, FOTI and LAVERY, Js.

Argued February 14—decision released March 5, 1991

*Morris Silverstein,* pro se, the appellant (named plaintiff).

*David C. Rappe,* for the appellee (defendant Dorothy Mitchell).

PER CURIAM. The judgment is affirmed.